# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| RICHARD C. WELCH, | ) | Civil Action No. 7:16cv00503 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Norman K. Moon |
|     Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that the government's motion to dismiss (Docket No. 9) is **GRANTED** and this action is **STRICKEN** from the active docket of the court.

The clerk shall send copies of the order and the accompanying memorandum opinion to the parties.

**ENTER**: This 30th day of August, 2017.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE